# UNITED STATES DISTRICT COURT

The Charles L. Brieant, Jr
Federal Building and United States Courthouse
300 Quarropas Street.
White Plains, New York 10601
914 390 4250

Chambers of
**Hon. Paul E. Davison**
United States Magistrate Judge

September 23, 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Joseph Barbagallo** <br><br>                                 Plaintiff, <br><br> *- against -* <br><br><br> **Metropolitan Life Insurance Company** <br><br>                                 Defendants. | **SCHEDULING ORDER** <br> 7:14-cv-01362-KMK-PED |

TO ALL PARTIES:

The Court has scheduled a **telephone conference** before the Honorable Paul E. Davison, United States Magistrate Judge, on **October 14, 2014 at 11:30am.**  **Plaintiff's counsel** will be responsible for placing the conference call.  Please have all parties on the line when calling chambers.

   **PLEASE NOTIFY YOUR ADVERSARY OF THIS SCHEDULE <u>IMMEDIATELY</u>**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: **Sep 23, 2014**

SO ORDERED:

*/s/ Paul E. Davison*
Hon. Paul E. Davison
United States Magistrate Judge