Michael E. Quiat (MEQ-8238)
USCHER, QUIAT, USCHER & RUSSO
A Professional Corporation
433 Hackensack Avenue, 2nd Floor
Hackensack, NJ 07601
Phone: 201-342-7100
Fax:    201-342-1810
*Attorneys for Plaintiff*
*Joseph Barbagallo*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSEPH BARBAGALLO,

        Plaintiff,

vs.

METROPOLITAN LIFE INSURANCE
COMPANY,

        Defendant.

Civil Action No. 14-cv-1362 (KMK)

**STIPULATION DISMISSING THE
LITIGATION WITH PREJUDICE**

---

The matter in difference in the above-entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that same be and it is hereby dismissed, with prejudice, without costs against either party.

It is further agreed and stipulated that this Court shall retain jurisdiction limited to any action brought to enforce the terms and provisions of the settlement between the parties.

Dated: January 16, 2015

USCHER, QUIAT, USCHER & RUSSO
A Professional Corporation
Attorneys for Plaintiff,
Joseph Barbagallo

By: _____
    Michael E. Quiat

SEDGWICK, LLP
Attorneys for Defendant,
Metropolitan Life Insurance Company

By: _____
    Michael H. Bernstein

So Ordered this 20th day of January, 2014

_____
Kenneth M. Karas, U.S.D.J.
White Plains, NY

G:\Disability\Barbagallo, Joseph\Stipulation of Dismissal.docx